IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED JUL 0 3 2007 U.S. DISTRICT COURT WHEELING, WV 26003

| | |
|---|---|
| DAVID DER SARKISSIAN | ) |
| Plaintiff | ) |
| v. | ) Case No. 1-05-CV-144 |
| WEST VIRGINIA UNIVERSITY BOARD OF GOVERNORS d/b/a WEST VIRGINIA UNIVERSITY SCHOOL OF MEDICINE | ) |
| And | ) |
| DR. SHELLY NUSS | ) |
| Defendants | ) |

## ORDER

UPON consideration of Plaintiff's Consent Motion, Declaration of Matthew H. Simmons and the records herein, it is this 3rd day of July, 2007 hereby:

ORDERED, that Plaintiff's Consent Motion for a One-Day Extension of Time To File Proposed Findings of Fact, Conclusions of Law and Closing Argument from July 1, 2007 to July 2, 2007 is hereby GRANTED and it is further:

ORDERED, that the deadline to file Proposed Findings of Fact, Conclusions of Law and Closing Argument is hereby extended from July 2, 2007 to July 3, 2007.

/s/ Frederick P. Stamp
JUDGE STAMP
United States District Court

cc:
Parties